UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WISCONSIN

www.wiwb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ May 20, 2022 _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tammy A. Hass _____   JOINT DEBTOR: _____   CASE NO.: 22-_____

SS#: xxx-xx- 1276 _____   SS#: xxx-xx-_____

## I.   NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

TO ALL PARTIES:

**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A.   **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1.   $680.00 _____ for _____ 60 _____ months;

2.   $0.00 _____ for _____ months;

3.   $0.00 _____ for _____ months;

4.   $0.00 _____ for _____ months;

5.   $0.00 _____ for _____ months;

6.   $0.00 _____ for _____ months;

7.   $0.00 _____ for _____ months;

The total amount of estimated payments to the trustee: $40,800.00

B.   **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $4000.00 | Total Paid: $500.00 | Balance Due: $3500.00 |
|---|---|---|
| Payable $0.00 /month (Months ____ to ___ ) | | |

Debtor(s): Tammy A Haas                                          Case number: 22-_____

**III.** **TREATMENT OF SECURED CLAIMS**

    **A.** **SECURED CLAIMS:** ☐ NONE

    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

---

1. Creditor: River Bank

    Address: 145 Main Street
              Stoddard WI 54658

    Arrearage/ Payoff on Petition Date    98,631.00

    Regular Payment (Direct)          $495.00      /month

    Account No.: _____

Other:     Homestead mortgage payment to be paid direct to Lender

☑ Real Property                                Check one below for Real Property:

    ☑ Principal Residence                  ☐ Escrow is included in the regular payments

    ☐ Other Real Property                   ☑ The debtor(s) will pay   ☑ taxes   ☑ insurance directly

Address of Collateral:
3012 Willow Drive La Crosse, WI 54601

☐ Personal Property/Vehicle

Description of Collateral:

---

2. Creditor: Santander Consumer USA

    Address: Po Box 961245
              Fort Worth TX 76161

    Arrearage/ Payoff on Petition Date    29,384.00

    Regular Payment (Maintain)        $0.00      /month

    Account No.: _____

Other:     Secured Claim to be paid on a pro-rata basis at 5.0% interest

☐ Real Property                                Check one below for Real Property:

    ☐ Principal Residence                  ☐ Escrow is included in the regular payments

    ☐ Other Real Property                   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☑ Personal Property/Vehicle

Description of Collateral: 2019 Jeep Limited

---

    **B.** **VALUATION OF COLLATERAL:** ☑ NONE

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

    **B.** **PRIORITY TAX CLAIMS:**         ☑ NONE

    **C.** **DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

    **D.** **OTHER:** ☑ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay      $0.00      /month

            Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED:     ▣ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

▣ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ▣ NONE

**VIII.** **NON-STANDARD PLAN PROVISIONS** ▣ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| s/Tammy A. Hass | Debtor | May 23, 2022 | | Joint Debtor | |
|---|---|---|---|---|---|
| Tammy A. Hass | | Date | | | Date |

| s/Greg P. Pittman | May 23, 2022 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**