**UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN**

www.wiwb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ______________ Original Plan

☒ June 23, 2022 Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ ______________ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Tammy A. Hass JOINT DEBTOR: ______________ CASE NO.: 22-10843

SS#: xxx-xx- 1276 SS#: xxx-xx-______

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

TO ALL PARTIES:
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $680.00 for 2 months;
2. $915.00 for 58 months;
3. $0.00 for ______ months;
4. $0.00 for ______ months;
5. $0.00 for ______ months;
6. $0.00 for ______ months;
7. $0.00 for ______ months;
8. $0.00 for ______ months;
9. $0.00 for ______ months;
10. $0.00 for ______ months;

The total amount of estimated payments to the trustee: $54,430.00

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $4000.00 Total Paid: $500.00 Balance Due: $3500.00

Debtor(s): Tammy A. Hass Case number: 22-10853

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: River Bank

Address: 145 Main Street
Stoddard WI 54658

Arrearage/ Payoff on Petition Date: 98,631.00
Regular Payment (Direct): $495.00 /month

Account No.:

Other: Homestead mortgage payment to be paid direct to Lender

☒ Real Property
- ☒ Principal Residence
- ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly

Address of Collateral:
3012 Willow Drive La Crosse, WI 54601

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: Santander Consumer USA

Address: Po Box 961245
Fort Worth TX 76161

Arrearage/ Payoff on Petition Date: 29,318.57
Regular Payment (Maintain): $0.00 /month

Account No.:

Other: Secured Claim to be paid on a pro-rata basis at 5.0% interest

☐ Real Property
- ☐ Principal Residence
- ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2019 Jeep Limited

3. Creditor: La Crosse County Treasurer

Address: 212 6th St. North
La Crosse, WI 54601

Arrearage/ Payoff on Petition Date: 10,158.11
Arrears Payment (Cure): $0.00 /month

Account No.:

Other: Secured Claim to be paid on a pro-rata basis from the Trustee at 12% interest

| | |
|---|---|
| ☒ Real Property | Check one below for Real Property: |
| ☒ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☒ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral:<br>3012 Willow Drive<br>La Crosse, WI 54601 | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: | |

**B. VALUATION OF COLLATERAL:** ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. PRIORITY TAX CLAIMS:** ☒ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.** Pay $0.00 /month

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

☒ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII. NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/Tammy A. Hass Debtor June 23, 2022 Joint Debtor
Tammy A. Hass Date Date

s/Greg P. Pittman June 23, 2022
Attorney with permission to sign on Debtor(s)' behalf Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: TAMMY A. HASS

Chapter 13
Case No.: 22-10843

**REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

   X A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ____ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:
   Plan is being amended to include delinquent real estate taxes with La Crosse County

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

---

**In Re:** **In Bankruptcy No:**

**TAMMY A. HASS**

**Debtor.** **Case No: 22-10843**

---

**NOTICE OF AMENDED CHAPTER 13 PLAN**

---

**PLEASE TAKE NOTICE**, that the debtor, Tammy A. Hass, by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, has filed an Amended Chapter 13 Plan. A copy of said Amended Plan is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before ***July 15, 2022,*** you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the ***United States Bankruptcy Court, 120 N Henry Street, Rm. 340, Madison, WI 53703*** and a copy to ***Greg P. Pittman**, **712 Main Street, La Crosse, Wisconsin 54601.*** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

**Dated this __24th__ day of June, 2022, at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**

**By: s/Greg P. Pittman**
**Greg P. Pittman**
**Attorney No: 1073787**
**Attorney for Debtor**
**712 Main Street**
**La Crosse, WI 54601**
**(608) 784-0841**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**In Re:** **In Bankruptcy No:**

**TAMMY A. HASS**

**Debtor.** **Case No: 22-10843**

**AFFIDAVIT OF SERVICE BY MAIL**

**STATE OF WISCONSIN )**
**) SS**
**COUNTY OF LA CROSSE )**

The undersigned being first duly sworn states that a true copy of ***the Amended Chapter 13 Plan dated June 24, 2022, Request to Amend, and Notice of Amend Plan*** was served upon the individuals on attached list either by electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on June __24__, 2022.

**s/Elizebeth Ystenes**
**Elizebeth Ystenes**

**Subscribed and sworn to before me**
**this __24th__ day of June, 2022.**

**s/Greg P. Pittman**
**Greg P. Pittman, Notary Public**
**My Commission is permanent.**

Label Matrix for local noticing
0758-1
Case 1-22-10843-rmb
Western District of Wisconsin www.wiwb.uscour
Eau Claire
Fri Jun 24 11:50:07 CDT 2022

Achilles Finance LLC dba Advance Financi
100 Oceanside Dr
Nashville, TN 37204-2351

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205-9370

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Ann Brandau Law Office LLC
PO Box 153
Onalaska WI 54650-0153

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Credit Bureau Data Inc
518 State Street
La Crosse, WI 54601-3326

Credit Management LP
6080 Tennyson Parkway
Suite 100
Plano, TX 75024-6002

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Foster and Monroe LLC
3770 Transit Rd
Orchard Park, NY 14127-2053

Great River Orthodontics
1200 Main St.
La Crosse, WI 54601-4468

Gundersen Health System
1900 South Ave.
La Crosse, WI 54601-5496

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2758

Tammy A Hass
3012 Willow Drive
La Crosse, WI 54601-7710

Hillside Animal Hospital
W5706 State Hwy 33 Trunk
La Crosse, WI 54601

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerome Shepard
N3661 Lincoln Ct.
Stoddard, WI 54658-9041

Kwik Trip
1626 Oak St.
La Crosse, WI 54603-2308

LVNV Funding LLC
c/o Messerli & Kramer
3033 Campus Dr. Ste 250
Minneapolis, MN 55441-2662

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

(p)LA CROSSE COUNTY TREASURER
212 6TH STREET N ROOM 1900
LA CROSSE WI 54601-3200

Lebakkens
2536 Rose Street
La Crosse, WI 54603-1614

Messerli & Kramer, PA
3033 Campus Dr, Ste 250
Minneapolis, MN 55441-2662

Midland Credit Management
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

Midwest Dental
20 Copeland Ave #201
La Crosse, WI 54603-3421

Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Neighborhood Smiles
3143 State Rd
La Crosse, WI 54601-6964

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Greg P. Pittman
Pittman & Pittman Law Offices, LLC
712 Main Street
La Crosse, WI 54601-4121

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Insurance
5920 Landerbrook Drive
Cleveland, OH 44124-6506

Resurgent Capital Services
Po Box 10497
Greenville, SC 29603-0497

River Bank
145 Main
Stoddard, WI 54658-4209

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Security Finance
Attn: Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Southwest Sanitation
226 N 6th
La Crosse, WI 54601

Speedy Cash
PO Box 780408
Wichita, KS 67278-0408

Telecom Self-reported
Po Box 4500
Allen, TX 75013-1311

Tri-State Adjustments
Attn: Bankruptcy
3439 East Avenue South
La Crosse, WI 54601-7241

Tri-State Ambulance
235 Causeway Blvd
La Crosse, WI 54603-3119

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-2635

(p)TEMPOE LLC DBA WHY NOT LEASE IT
ATTN BOB HOLWADEL
720 EAST PETE ROSE WAY SUITE 400
CINCINNATI OH 45202-3576

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

La Crosse County Treasurer
212 6th St. North
La Crosse WI 54601

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Why Not Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 49 |
| Bypassed recipients | 1 |
| Total | 50 |