FILED/REC'D

2026 FEB 26  P 2: 05

CLERK
BANKRUPTCY COURT
WD OF WI

# To: United States Bankruptcy Court For The Western District of Wisconsin

Notice of Objection to the Modified Chapter 13 plan

Case No: 22-10843 (Chapter 13)

(Unless the following conditions are met}

RE: Tammy Hass

The Judicial Lien (2016SC000022) held by Jerome Shepard on the principal residence, (3012 Willow Drive, Lacrosse, WI) needs to be satisfied at the Sale Closing to allow for a clear title.

I Petition the Court to order that the above judicial lien be paid at Closing prior to the proceeds of the sale being distributed to the Bankruptcy Trustee. This would facilitate the timely closing of 3012 Willow Drive without the delay of further litigation. If payment of $10356 to the judicial lien holder (Jerome Shepard) at Closing is ordered by the court, It satisfies my Objection to the Modified plan for Case No. 22-10843 RE: Tammy Hass. Supporting documents are included.

This Lien is in (Ride Thru) status because proof of claim was not filed either by the Creditor or the Debtor and it is not a part of the Chapter 13 plan. I would also object to any motion for (Lien Stripping) or discharge because of impairment of homestead exemption due to the fact that sufficient equity was and is available to satisfy the judicial lien above the exemption.

The Fair Market Value listed for the 2022 tax year by the City assessor's office of La Crosse is $208,800. The Payoff to River Bank on the Petition date is listed as $98,631.00 plus Taxes listed on Petition date of $10,158.11 for a total of $108,789.11.

FMV of $208,800 - $108,789.11 - $75,000 exemption leaves $25,010.89 to pay the Judicial lien 2016SC000022 docketed against 2012 Willow Drive in La Crosse, Wisconsin. Current amount with interest of $10356.

Please note: 2012 Willow Drive is currently listed for sale for $249,900 and shows an offer pending on 1/29/2026. Please consider the above solution which will eliminate the need for further litigation.

Jerome Shepard/ Creditor

Jerome Shepard 5/26/26

Jerome O. Shepard vs. Timothy & Tammy Hass

☐ Amended

**Judgment/Notice of Entry of Judgment**

Case No. 2016SC000022

**FILED**
**01-29-2016**
**Clerk of Circuit Court**
**La Crosse County WI**

COURT ORIGINAL

**IT IS ORDERED:**
Judgment for **Money** was entered into the court record on January 29, 2016.

**In favor of [Creditor]:**                                **Creditor's attorney:**
Jerome O. Shepard
N3661 Lincoln Ct.
Stoddard WI  54658

**Against [Debtor]:**                                      **Debtor's attorney:**
Timothy Hass
3012 Willow St.
La Crosse WI  54601

Tammy Hass
3012 Willow St.
La Crosse WI  54601

| | | |
|---|---|---|
| Amount of Judgment: | $ 10000.00 | Comments: |
| Interest: | 0.00 | |
| Attorney Fee: | 0.00 | |
| Filing Fees: | 94.50 | |
| Service Fees: | 4.00 | |
| Docketing Fee: | 0.00 | |
| Witness Fee: | 0.00 | |
| Pre-Judgment Interest: | 0.00 | |
| Other costs: | 0.00 | |
| **Total Money Judgment:** | **$ 10098.50** | |

Docketing Date:                                    Docketing Time:
Date notice mailed: 01-29-2016

**IF THIS JUDGMENT WAS ENTERED FOLLOWING A HEARING BY A CIRCUIT COURT JUDGE, IT IS FINAL FOR PURPOSES OF APPEAL AND THE TIME FOR APPEAL BEGAN ON THE DATE OF ENTRY INTO THE COURT RECORD.**

**BY THE COURT:**

Electronically signed by Gloria L. Doyle
☒ Circuit Court Judge   ☐ Circuit Court Commissioner   ☐ Clerk   ☐ Deputy Clerk

**Note to Creditor:**  If the docketing fee is not paid, the judgment will not be docketed.

January 29, 2016
Date

Order for Financial Disclosure and Financial Disclosure of Assets (SC-506) provided to judgment debtor(s) unless this is a judgment for restitution in a criminal case.

Jerome O. Shepard vs. Timothy & Tammy Hass

☐ **Amended**
**Judgment/Notice of**
**Entry of Judgment**

Case No. 2016SC000022

**FILED**

**01-29-2016**

**Clerk of Circuit Court**

**La Crosse County WI**

**Distribution:**

| | Address | City | State | Zip | Personal Service | Mail/Phone Notice | Electronic Notice |
|---|---|---|---|---|---|---|---|
| Court Original | | | | | | | |
| Jerome O. Shepard | N3661 Lincoln Ct. | Stoddard | WI | 54658 | | | |
| Timothy Hass | 3012 Willow St. | La Crosse | WI | 54601 | | | |
| Tammy Hass | 3012 Willow St. | La Crosse | WI | 54601 | | | |

State of Wisconsin
County of La Crosse
This document is a full, true and correct
copy of the original on file and of record in
my office and has been compared by me.
Attest _____ 2-19-26

Clerk of Court/Deputy

SC-502(CCAP), 11/2013 Judgment/Notice of Entry of Judgment                    Chapter 799.24, Wisconsin Statute
This form shall not be modified. It may be supplemented with additional material.

# La Crosse County Case Number 2016SC000022 Jerome O. Shepard vs. Timothy & Tammy Hass

## Case summary

**Filing date**
01-06-2016

**Case type**
Small Claims

**Case status**
Closed

**Class code description**
Sm Claim, Claim Under $ Limit

**Responsible official**
Doyle, Gloria L.

**Branch ID**
5

## Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | Shepard, Jerome O. | |
| Defendant | Hass, Timothy | |
| Defendant | Hass, Tammy | |

## Civil Judgment(s)

| Type | Debtor name | Multiple debtors | Amount | Satisfaction | Judgment status | Date |
|---|---|---|---|---|---|---|
| Judgment for money | Hass, Timothy | Yes | $10,098.50 | No | | |

## Parties

### Plaintiff: Shepard, Jerome O.

**Date of birth**          **Sex**          **Race**

**Address (last updated 01-07-2016)**
N3661 Lincoln Ct., Stoddard, WI 54658

### Defendant: Hass, Timothy

**Date of birth**          **Sex**          **Race**

**Address (last updated 01-07-2016)**
3012 Willow St., La Crosse, WI 54601

### Defendant: Hass, Tammy

**Date of birth**          **Sex**          **Race**

**Address (last updated 01-07-2016)**
3012 Willow St., La Crosse, WI 54601

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 01-19-2018 | Docket fee paid | | | $5.00 |

**Additional text:**

18R 001276

| | | | | |
|---|---|---|---|---|
| 01-29-2016 | Order for financial disclosure | Doyle, Gloria L. | | |
| 01-29-2016 | Notice of entry of judgment | Doyle, Gloria L. | | |
| 01-29-2016 | Default judgment | Doyle, Gloria L. | | |
| 01-29-2016 | Return date | Doyle, Gloria L. | | |

**Additional text:**

Plaintiff Jerome O. Shepard in court. Defendant Timothy Hass not in court. Defendant Tammy Hass not in court.

| | | | | |
|---|---|---|---|---|
| 01-07-2016 | File Retained Electronically | | | |
| 01-06-2016 | Affidavit of non-military service | | | |

**Additional text:**

for both

| | | | | |
|---|---|---|---|---|
| 01-06-2016 | Summons and complaint | | | |

---

## Civil judgment details

**Judgment for money**

**County**
La Crosse

**Case number**
2016SC000022

**Caption**
Jerome O. Shepard vs. Timothy & Tammy Hass

**Judgment/lien date**
01-29-2016

**Total amount**
$10,098.50

**Type of tax**

**Warrant number**

**Date and time docketed**
01-19-2018 at 11:45 am

**Service/event date**

**Satisfaction**
No

**Judgment status**

**Date**

**Judgment expiration date**
01-29-2036

**Lien expiration date**
01-19-2028

**Property/remarks**

**Judgment parties**

| Party type | Name | Dismissed | Status | Address | Attorney name |
|---|---|---|---|---|---|
| Debtor | Timothy Hass | No | Active | 3012 Willow St., La Crosse, WI 54601 | |
| Debtor | Tammy Hass | No | Active | 3012 Willow St., La Crosse, WI 54601 | |
| Creditor | Jerome O. Shepard | No | Active | N3661 Lincoln Ct., Stoddard, WI 54658 | |

**Costs / amounts**

| Description | Amount |
| --- | --- |
| Judgment amount | $10,000.00 |
| Service | $4.00 |
| Small claims filing fee | $94.50 |

| Judgment amount | $10,000.00 |
| --- | --- |

## Hass Judgement 1-29-2016

### Docketed 1-19=2018

### Initial Judgement amount $10098.50

| Date | Prime Rate | Prime Rate+1% | Payments | 6 MO Int | Balance |
|---|---|---|---|---|---|
| 01/29/16 | n/a | n/a | n/a | Initial Balance | $10098 |
| 06/29/16 | 3.5 | 4.5 | 0 | $227 | $10326 |
| 01/29/17 | 3.5 | 4.5 | $1500 | $199 | $9024 |
| 06/29/17 | 4.25 | 5.25 | $1950 | $189 | $7263 |
| 01/29/18 | 4.5 | 5.5 | $1050 | $171 | $6384 |
| 06/29/18 | 5 | 6 | $0 | $191 | $6575 |
| 01/29/19 | 5.5 | 6.5 | $0 | $214 | $6789 |
| 06/29/19 | 5.5 | 6.5 | $0 | $221 | $7010 |
| 01/29/20 | 4.75 | 5.75 | $0 | $201 | $7211 |
| 06/29/20 | 3.25 | 4.25 | $0 | $153 | $7364 |
| 01/29/21 | 3.25 | 4.25 | $0 | $156 | $7520 |
| 06/29/21 | 3.25 | 4.25 | $0 | $160 | $7680 |
| 01/29/22 | 3.25 | 4.25 | $0 | $163 | $7843 |
| 06/29/22 | 4.75 | 5.75 | $0 | $225 | $8068 |
| 06/29/23 | 8.25 | 9.25 | $0 | $373 | $8441 |
| 01/29/24 | 8.5 | 9.5 | $0 | $359 | $8800 |
| 06/26/24 | 8.5 | 9.5 | $0 | $418 | $9218 |
| 01/29/25 | 7.5 | 8.5 | $0 | $392 | $9610 |
| 06/29/25 | 7.5 | 8.5 | $0 | $408 | $10018 |
| 01/29/26 | 6.75 | 7.75 | $0 | $338 | $10356 |

Property Summary Report for **Parcel#: 17-50198-080**   |   **Creation Date: 01/01/1997**

Close

## Property # 17-50198-080

| Tax Year | Prop Type | Parcel Number | Municipality | Property Address | Billing Address |
|---|---|---|---|---|---|
| 2022 | Real Estate | 17-50198-080 | 246 - CITY OF LA CROSSE | 3012 WILLOW DR | TAMMY A HASS<br>3012 WILLOW DR<br>LA CROSSE WI 54601 |

# Summary

### Property Summary

**Parcel #:**
17-50198-080

**Alt. Parcel #:**
38050

**Parcel Status:**
Current Description

**Assessed:**
Yes

**Taxed:**
Yes

**Creation Date:**
01/01/1997

**Historical Date:**

**Acres:**
0.477

### Property Addresses

| Primary | Address |
|---|---|
| ✓ | 3012 WILLOW DR LA CROSSE 54601 |
|  | 3014 WILLOW DR LA CROSSE 54601 |

### Owners

| Name | Status | Ownership Type | Interest |
|---|---|---|---|
| HASS, TAMMY A | CURRENT OWNER |  |  |

### Parent Parcels

No Parent Parcels were found

### Child Parcels

No Child Parcels were found

### Districts

| Code | Description | Category |
|---|---|---|
|  | LA CROSSE COUNTY | OTHER DISTRICT |
|  | LOCAL | OTHER DISTRICT |
|  | BOOK 5 | OTHER DISTRICT |
|  | LA CROSSE PO1 | OTHER DISTRICT |
|  | SUPERVISOR DISTRICT 12 | OTHER DISTRICT |
|  | 8 - MOD DUPLEX | OTHER DISTRICT |
|  | 246024 - VOTING WARD24 | OTHER DISTRICT |
| 0000 | STATE OF WISCONSIN | OTHER DISTRICT |

### Abbreviated Legal Description

CLIFFSIDE PARK ADDITION LOT 19 & N 20FT OF W 60FT LOT 18 LOT SZ: IRR

*FMV ON PAGE 2*

| 0200 | WTC | TECHNICAL COLLEGE |
| 2849 | LA CROSSE SCHOOL | REGULAR SCHOOL |

Property Descriptions

| Primary | Section | Town | Town Dir | Range | Range Dir | 40 | 160 | Gov Lot | Plat | Block/Condo Bldg | Type | # |
|---------|---------|------|----------|-------|-----------|-----|-----|---------|------|------------------|------|---|
|  | 15 | 15 | N | 07 | W | SW | NW |  | NOT AVAILABLE |  |  |  |

# Assessments

Assessment Summary

**Estimated Fair Market Value:** $208,800
**Assessment Ratio:** 0.9352
**Legal Acres:** 0.477

2022 Valuations

| Class | Acres | Land | Improvements | Total |
|-------|-------|------|--------------|-------|
| G1 - RESIDENTIAL | 0.477 | $25,400 | $169,800 | $195,200 |
| ALL CLASSES | 0.477 | $25,400 | $169,800 | $195,200 |

2021 Valuations

| Class | Acres | Land | Improvements | Total |
|-------|-------|------|--------------|-------|
| G1 - RESIDENTIAL | 0.477 | $25,400 | $128000 | $153,400 |
| ALL CLASSES | 0.477 | $25,400 | $128,000 | $153,400 |

# Taxes

Tax Summary

**Bill #:** 13502
**Net Mill Rate:** 0.019579852
**Interest/Penalty Date:** 02/23/2026

Installments

| Due Date | Amount |
|----------|--------|
| 01/31/2023 | $1,514.23 |
| 03/31/2023 | $939.16 |
| 05/31/2023 | $939.16 |
| 07/31/2023 | $939.16 |

Payments

**No Payments were found**

| Description | Amount | Paid | Due |
|---|---|---|---|
| Gross Tax | $4,100.39 | - | - |
| School Credit | $278.42 | - | - |
| Property Tax | $3,821.97 | - | - |
| First Dollar Credit | $0.00 | - | - |
| Lottery Credit | $0.00 | - | - |
| Net Tax | $3,542.11 | $0.00 | $3,542.11 |
| Special Assessments | $0.00 | $0.00 | $0.00 |
| Special Charges | $0.00 | $0.00 | $0.00 |
| Delinquent Utility | $789.60 | $0.00 | $789.60 |
| Private Forest Crop | $0.00 | $0.00 | $0.00 |
| Woodland Tax Law | $0.00 | $0.00 | $0.00 |
| Managed Forest Land | $0.00 | $0.00 | $0.00 |
| Other Charges | $0.00 | $0.00 | $0.00 |
| Interest | - | $0.00 | $1,310.58 |
| Penalty | - | $0.00 | $655.29 |
| Total | $4,331.71 | $0.00 | $4,331.71 |

Tax History

| Year | Amount | Interest Paid | Penalty Paid | Paid | Last Paid | Amount Due | Status |
|---|---|---|---|---|---|---|---|
| 2022 | $4,331.71 | $0.00 | $0.00 | $0.00 | N/A | $6,735.81 | No Payment Collected |
| 2021 | $4,520.84 | $452.10 | $90.40 | $5,063.34 | 11/16/2022 | $0.00 | Paid |
| 2020 | $4,556.55 | $938.89 | $342.77 | $5,838.21 | 11/16/2022 | $0.00 | Paid |
| 2019 | $4,500.66 | $450.10 | $225.00 | $5,175.76 | 11/23/2020 | $0.00 | Paid |
| 2018 | $4,625.01 | $597.03 | $298.53 | $5,520.57 | 11/23/2020 | $0.00 | Paid |
| 2017 | $4,303.27 | $1,463.02 | $731.68 | $6,497.97 | 11/23/2020 | $0.00 | Paid |
| Total | $26,838.04 | $3,901.14 | $1,688.38 | $28,095.85 | | $6,735.81 | |

# Document History

Document History

| Date Recorded | Number | Volume | Page | Type | Signed Date | Transfer Date | Sale Amount | # Properties |
|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | 1802595 | | | QCD | | | $0.00 | 0 |
| 06/26/2015 | 1658666 | | | WD | | | $0.00 | 0 |
| 05/20/2015 | 1656428 | | | QCD | | | $0.00 | 0 |
| 05/20/2015 | 1656427 | | | QCD | | | $0.00 | 0 |
| 05/20/2015 | 1656426 | | | QCD | | | $0.00 | 0 |
| 05/14/2015 | 1656178 | | | HT10 | | | $0.00 | 0 |
| 05/14/2015 | 1656177 | | | PRD | | | $0.00 | 0 |

LA CROSSE COUNTY PUBLIC PORTAL

| 11/02/2005 | 1435860 |      |     | QCD | $0.00 | 0 |
| 11/15/1996 | 1163597 | 1156 | 32  | QCD | $0.00 | 0 |
| 04/17/1989 | 1021461 | 841  | 14  | LC  | $0.00 | 0 |
| 05/22/1984 | 950585  | 714  | 861 | QCD | $0.00 | 0 |
| 05/22/1984 | 950584  | 714  | 860 | QCD | $0.00 | 0 |

Close