UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In re:  Tammy A. Hass,                          Case No. 22-10843-13

              Debtor.

_____

TRUSTEE'S RECOMMENDATION OF MOTION TO SELL PROPERTY

_____

Mark Harring, Standing 13 Trustee, by his attorney, hereby states he has no objection to the Debtor's Motion to Sell Certain Real Estate Free and Clear of All Liens (Doc. #52), and states as follows:

1.  The Debtor proposes to sell her real estate and pay off the remaining balance of the bankruptcy in full.  We note the payoff as of 3/11/2026, including trustee fees, is $17,018.47.  There appears to be sufficient equity after liens and costs to make this payment.

Dated:  March 11, 2026

                                        Standing Chapter 13 Trustee

                                        By:    /s/ *Kristin Beilke*
                                        Kristin Beilke,
                                        Attorney for Trustee
                                        122 W. Washington Ave., Suite 500
                                        Madison, WI  53703-2758
                                        (608) 256-4320