11:00 AM    Case 1-22-10843-cjf

Ch 13

Trustee: Harring

La Crosse

**Opposing:**    Jerome Shepard

Kristin K. Beilke          608-256-4320

**Debtor or Plaintiff Atty.:**          Greg P. Pittman          608-784-0841          for Tammy A Hass

Galen W. Pittman          608-784-0841          for Tammy A Hass

**Matter:**    Preliminary hearing on Modified Chapter 13 Plan (filed 2/10/2026 post-confirmation) (Doc # 47)
-Obj. Jerome Shepard
-Obj. TR

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

## OUTCOME:

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date)_____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: _____          _____ amend plan | _____ amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR | CH 12 ATTY | CH 11 ATTY

## SCHEDULE:
Adj. to ____3/30/26____ at __10:30__. Location:  Telephone | Zoom | Hybrid, Deadline: _____
Other: _____.    SF | LF Zoom Order    Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
__x__ Other Schedule: Debtor shall file an amended motion to sell real estate to provide for the payment of liens and amended
order on the sale of real estate to address judgment liens to the
Extent they do not impair an exemption. If an amended motion is filed to address judgment liens then the
plan may be confirmed and an order submitted by trustee.

## ORDER:
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

_____ ORDER:  For the reasons stated from the bench,

 IT IS SO ORDERED:
_____
Catherine J. Furay
U.S. Bankruptcy Judge          _____ cc:  Debtor(s)
          _____ cc: Pro se party