## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

_____

In Re:                                          In Bankruptcy No:

**TAMMY HASS**

      **Debtor**                              **Case No: 22-10843 (Chapter 13)**

_____

### WITHDRAWAL OF MOTION TO SELL CERTAIN REAL ESTATE

_____

Tammy Hass, Debtor, by her attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Greg

P. Pittman hereby withdraws the motion to sell real estate filed at docket #52.


**Dated this 27ᵗʰ day of March, 2026 at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**


**By:**     **s/Greg P. Pittman**
        **Greg P. Pittman**
        **Attorney for Debtor**
        **Attorney No: 1073787**
        **712 Main Street**
        **La Crosse, WI  54601**
        **(608) 784-0841**