## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

In Re:                                                    In Bankruptcy No:

**TAMMY HASS**

        **Debtor**                                        **Case No: 22-10843 (Chapter 13)**

## WITHDRAWAL OF MODIFIED PLAN

Tammy Hass, Debtor, by her attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Greg

P. Pittman hereby withdraws the modified chapter 13 plan filed at docket #47.

**Dated this 27ᵗʰ day of March, 2026 at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**

**By:     s/Greg P. Pittman**
**Greg P. Pittman**
**Attorney for Debtor**
**Attorney No: 1073787**
**712 Main Street**
**La Crosse, WI  54601**
**(608) 784-0841**