# UNITED STATES BANKRUPTCY COURT

Western District of Wisconsin

In re: Tammy A Hass

Case # 22-10843

Claim # 10

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. hereby withdraws Proof of Claim number 10 dated July 14, 2022.

Dated: May 18, 2026

/s/ Ashley Vollmer
Lead Bankruptcy Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Phone: 877-495-2902
Fax: 866-818-1718
Email: bankruptcydm@mcmcg.com