## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

**In Re:**                                          **In Bankruptcy No:**

**TAMMY HASS**

    **Debtor.**                                 **Case No:  22-10843 (Chapter 13)**

---

### WITHDRAWAL OF PROPOSED ORDER AT DOCKET #60

---

Tammy Hass, debtor by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, hereby withdraws the proposed order at docket #60 due to an error in the proposed order. A new proposed order will be filed as a replacement.

    **Dated this   19th   day of May, 2026 at La Crosse, Wisconsin.**

                    **PITTMAN & PITTMAN LAW OFFICES, LLC.**

                    **By:**    **s/Greg P. Pittman**
                           **Greg P. Pittman**
                           **Attorney for Debtor**
                           **Attorney No. 1073787**
                           **712 Main Street**
                           **La Crosse, WI  54601**
                           **(608) 784-0841**