**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

In Re:                                                              Case Number:   1–22–10843–cjf
                                                                                                 Chapter:   13
Tammy A Hass


          Debtor(s).

---

# Notice of Preliminary Hearing

PLEASE TAKE NOTICE that a preliminary hearing will be held on:

June 22, 2026 at 10:30 AM

U.S. Federal Courthouse, 3rd Floor, Courtroom 350, 120 N. Henry Street, Madison, WI 53703

If you wish to appear by telephone, call the Court conference line at 1–855–244–8681, meeting number 23166492589, to participate in this telephonic hearing.

to consider and act upon the following:

Motion to Sell Property Free and Clear of Liens under Section 363(f)

Dated: May 27, 2026


John G Kohler, Clerk
U.S. Bankruptcy Court