UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **TAMMY HASS** | |
| **Debtor.** | **Case No:  22-10843** |

### STIPULATION BETWEEN DEBTOR AND JEROME SHEPARD TO RESOLVE OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE

The Debtor, Tammy Hass, by her attorneys, Pittman and Pittman Law Offices, LLC, by Greg Pittman and Jerome Shepard hereby stipulate to the resolution of the Jerome Shepard objection to the Motion to Sell Real Estate as follows:

### RECITALS

1.   The Debtor filed a Chapter 13 on May 24, 2022 as Case #22-10843.

2.   As part of the Chapter 13 proceedings, the Debtor filed a Motion to Sell Real Estate under Bankruptcy Code §363 and avoid liens under Bankruptcy Code §522 as it relates to her homestead.

3.   Jerome Shepard is a judgment lien holder (La Crosse County Case #2016SC22) and filed an objection at docket #64 to the motion to sell real estate.

4.   The Debtor and Jerome Shepard have consented to the following agreement to resolve the objection to allow the sale of real estate to proceed:

### AGREEMENT

5.   The recitals above are incorporated as if fully set forth herein.

6.   The Debtor and Jerome Shepard agree to resolve the objection in exchange for a payment from New Castle Title upon closing in the amount of $5,000.00.

8.    This stipulation is intended to be a resolution of the objection filed by Jerome

Shepard as it relates to his objection to the Debtor's Motion to Sell Real Estate.

Jerome Shepard consents to the withdrawal of his objection (docket #64) upon

entry of an Order approving this stipulation.


**Dated:** _5/28/26_

s/Greg P. Pittman
Greg P. Pittman
Attorney for the Debtor
State Bar #1073787
Pittman and Pittman Law Offices
712 Main Street
La Crosse, WI 54601
(608) 784-0841

**Dated:** _5/28/2026_

Jerome Shepard
N8661 Lincoln Court
Stoddard, WI 54658-9041