## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

In Re:                                                    **In Bankruptcy No:**

**TAMMY HASS**

        **Debtor.**                                       **Case No:  22-10843**

### ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR AND JEROME SHEPARD TO RESOLVE OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE

Based upon the attached Stipulation between the Debtor, Tammy Hass, and Jerome Shepard to resolve the objection to the Debtor's Motion to Sell Real Estate, and based upon all the papers and records on file,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Stipulation between the Debtor, Tammy Hass, and Jerome Shepard to resolve the objection to the Debtor's Motion to Sell Real Estate is hereby approved.

### ###