**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

In Re:

Tammy A Hass

Case Number:   1–22–10843–cjf

Chapter:   13

Debtor(s).

---

## Notice of Preliminary Hearing

PLEASE TAKE NOTICE that a preliminary hearing will be held on:

June 22, 2026 at 10:30 AM

U.S. Federal Courthouse, 3rd Floor, Courtroom 350, 120 N. Henry Street, Madison, WI 53703

If you wish to appear by telephone, call the Court conference line at 1–855–244–8681, meeting number 23166492589, to participate in this telephonic hearing.

to consider and act upon the following:

Stipulation between Tammy A Hass and Jerome Shephard and Proposed Order

Dated: June 1, 2026

John G Kohler, Clerk
U.S. Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

In Re:                                                    Case Number:  1–22–10843–cjf

                                                                        Chapter:  13
Tammy A Hass

                Debtor(s).

## Notice of Preliminary Hearing

PLEASE TAKE NOTICE that a preliminary hearing will be held on:

    June 22, 2026 at 10:30 AM

    U.S. Federal Courthouse, 3rd Floor, Courtroom 350, 120 N. Henry Street, Madison, WI 53703

    If you wish to appear by telephone, call the Court conference line at 1–855–244–8681, meeting number 23166492589, to participate in this telephonic hearing.
to consider and act upon the following:

    Amended Summary of Assets and Liabilities, Schedules A/B and C, Declaration
Dated: June 1, 2026

                    John G Kohler, Clerk
                    U.S. Bankruptcy Court