**10:30 AM**      **1-22-10843-cjf**      Tammy A Hass

Ch 13
Trustee: Harring

La Crosse

**Opposing:**   Cindy Leuck      608-487-6317
Paul Solis      608-792-9806

**Debtor or Plaintiff Atty.:**      Greg P. Pittman      608-784-0841      for Tammy A Hass
Galen W. Pittman      608-784-0841      for Tammy A Hass

**Matter:**   Preliminary hearing on Amended Summary of Assets and Liabilities, Schedule A/B, Schedule C,
Declaration (Doc # 61)
-Obj. Cindy Leuck
-Obj. Paul Solis
Kristin Beilke TR                  *J. Shephurd*

**Judge Hearing Notes:**

**U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN**

**COURT PROCEEDING MEMO**

**OUTCOME:**

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date)_____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: _____      _____ amend plan | ____ amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR | CH 12 ATTY | CH 11 ATTY

**SCHEDULE:**
Adj. to _____ at _____. Location:  Telephone | Zoom | Hybrid, Deadline: _____
Other: _____.  SF | LF Zoom Order   Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
_____ Other Schedule: _____

**ORDER:**
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

_X_ ORDER: For the reasons stated from the bench, *Objections are overruled*

IT IS SO ORDERED:

Catherine J. Furay
U.S. Bankruptcy Judge                  _____ cc:  Debtor(s)
_____ cc: Pro se party

† indicates associated main case data                  Page 10 of 75