**10:30 AM**      **1-22-10843-cjf**      Tammy A Hass

Ch 13
Trustee: Harring

La Crosse

**Opposing:**   Cindy Leuck        608-487-6317
Paul Solis         608-792-9806

**Debtor or Plaintiff Atty.:**     Greg P. Pittman      608-784-0841      for Tammy A Hass
Galen W. Pittman    608-784-0841      for Tammy A Hass

**Matter:**   Preliminary hearing on Motion by Debtor to Sell Property Free and Clear of Liens under Section 363(f)
(Doc # 59)
-Obj. Cindy Leuck
-Obj. Paul Solis         *J. Shephard*
-Kristin Beilke TR

**Private Comment:**

**Judge Hearing Notes:**

<u>**U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN**</u>

**COURT PROCEEDING MEMO**

**OUTCOME:**

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date)_____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: _____                 _____ amend plan | _____ amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR | CH 12 ATTY | CH 11 ATTY

**SCHEDULE:**
Adj. to _____ at _____. Location:   Telephone | Zoom | Hybrid, Deadline: _____
Other: _____.   SF | LF Zoom Order   Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
__X__ Other Schedule: *Amended Order to be filed by Atty Pittman.*

ORDER: *Amended*
__X__ Order to be submitted by: ___*Pittman*___ | the Court _____
_____ Order at docket no. _____ to be signed           *Objections are overruled*
                                                        *granted provided post-closing occupancy*
__X__ ORDER: For the reasons stated from the bench, *credit of $2400 and $3000 Plumbing*
                                                        *Escrow must be held by Title*
IT IS SO ORDERED:                                       *Company pending further court*
                                                        *order.*

Catherine J. Furay
U.S. Bankruptcy Judge                     _____ cc:  Debtor(s)
                                          __X__ cc: ~~Pro se party~~ *Objecting Parties*