| 10:30 AM | 1-22-10843-cjf | Tammy A Hass | | |
|---|---|---|---|---|

Ch 13
Trustee: Harring

La Crosse

**Opposing:**  Cindy Leuck          608-487-6317
                     Paul Solis           608-792-9806

**Debtor or Plaintiff Atty.:**      Greg P. Pittman      608-784-0841      for Tammy A Hass
                                                 Galen W. Pittman     608-784-0841      for Tammy A Hass

**Matter:**   Preliminary hearing on Stipulation between Tammy A Hass and Jerome Shephard and Proposed Order
(Doc # 66, 67)
-Obj. Cindy Leuck
-Obj. Paul Solis

*J. Shephard*

**Judge Hearing Notes:**

# U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

**OUTCOME:**

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date)_____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: _____          _____ amend plan | _____ amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR | CH 12 ATTY | CH 11 ATTY

**SCHEDULE:**
Adj. to _____ at _____. Location:   Telephone | Zoom | Hybrid, Deadline: _____
Other: _____.   SF | LF Zoom Order    Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
_____ Other Schedule: _____

**ORDER:**
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed
__X__ ORDER: For the reasons stated from the bench, *Objections are overruled*

IT IS SO ORDERED:

Catherine J. Furay
U.S. Bankruptcy Judge

_____ cc:  Debtor(s)
__X__ cc: ~~Pro se party~~ *Objecting parties*

† indicates associated main case data