# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Tammy A Hass**

Debtor(s)

Case No.

Chapter     **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 23, 2022**

**/s/ Tammy A Hass**
**Tammy A Hass**
Signature of Debtor



Achilles Finance LLC dba Advance Financi
100 Oceanside Dr
Nashville, TN 37204

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205

Americollect
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Credit Bureau Data Inc
518 State Street
La Crosse, WI 54602

Credit Management LP
6080 Tennyson Parkway
Suite 100
Plano, TX 75024

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8873

Foster and Monroe LLC
3770 Transit Rd
Orchard Park, NY 14127

Great River Orthodontics
1200 Main St.
La Crosse, WI 54601

Gundersen Health System
1900 South Ave.
La Crosse, WI 54601

Hillside Animal Hospital
W5706 State Hwy 33 Trunk
La Crosse, WI 54601

Jerome Shepard
N3661 Lincoln Ct.
Stoddard, WI 54658

Kwik Trip
1626 Oak St.
La Crosse, WI 54601

Lebakkens
2536 Rose Street
La Crosse, WI 54603

LVNV Funding LLC
c/o Messerli & Kramer
3033 Campus Dr. Ste 250
Minneapolis, MN 55441

Messerli & Kramer, PA
3033 Campus Dr, Ste 250
Minneapolis, MN 55441

Midland Credit Management
350 Camino De La Reina Ste 100
San Diego, CA 92108

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

Midwest Dental
20 Copeland Ave #201
La Crosse, WI 54601

Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773

Neighborhood Smiles
3143 State Rd
La Crosse, WI 54601

Progressive Insurance
5920 Landerbrook Drive
Cleveland, OH 44124

Resurgent Capital Services
Po Box 10497
Greenville, SC 29603

River Bank
145 Main
Stoddard, WI 54658

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Security Finance
Attn: Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304

Southwest Sanitation
226 N 6th
La Crosse, WI 54601

Speedy Cash
PO Box 780408
Wichita, KS 67278-0408

Telecom Self-reported
Po Box 4500
Allen, TX 75013

Tri-State Adjustments
Attn: Bankruptcy
3439 East Avenue South
La Crosse, WI 54602

Tri-State Ambulance
235 Causeway Blvd
La Crosse, WI 54603

Why Not Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104