**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

---

**In Re:** **In Bankruptcy No:**

**TAMMY HASS**

**Debtor.** **Case No: 22-10843**

---

# MOTION TO APPROVE DISBURSMENT OF FUNDS HELD IN ESCROW BY NEW CASTLE TITLE

---

Tammy Hass, Debtor, by her attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman hereby moves the Court for an Order to disburse funds held in escrow with New Castle Title that were as a result of the real estate sale that occurred upon the approval at docket #88.

The Sale occurred on August 18, 2026 at New Castle Title (signed closing statement attached). At the time of the sale, the order approving the real estate sale at docket #88 provided that New Castle Title would hold $2,400.00 as a rental/post-occupancy credit to the buyer and a $3,000.00 amount escrowed for plumbing work to be completed.

First, the $2400.00 post-occupancy credit was escrowed by New Castle Title. The credit was for $50.00/day following the closing for the seller to continue to occupy the residence with the credit being capped at $2,400.00. The Debtor occupied the residence from the closing date of August 18, 2026 and vacated the residence on October 4, 2026 for a total of 48 days. (48 days at $50.00/day = $2,400.00). The Debtor is seeking approval for New Castle to release the funds in the amount of $2,400.00 to the buyers (Marcus and Kaitlin Klug).

Second, an amount of $3,000.00 was escrowed by New Castle Title for contingent plumbing work. The Debtor paid out of pocket for the plumbing work prior to the closing as follows:

1) $200.00 paid to Melde Plumbing, LLC on June 12, 2026
2) $150.00 paid to 608 Plumbing on May 12, 2026

No additional work was necessary and the $3,000.00 is to be disbursed to the appropriate party as if the funds were distributed from the closing. The Debtor received $70,322.30 in net proceeds from the sale. Since the Debtor can protect up $75,000.00 in net proceeds pursuant to WI Stat §815.20, the Debtor is entitled to the disbursement of the plumbing escrow. With the addition of the plumbing escrow, the Debtor's total net proceeds would equal $73,322.30.

Wherefore, the Debtor is proposing to pay the funds as follows:

1) New Castle Title is to release the $2,400.00 post-occupancy credit to Marcus and Kaitlin Klug.
2) New Castle Title is to release the $3,000.00 plumbing escrow to Tammy Hass as this disbursement is protected by WI Stat § 815.20.

**Dated this ___12th___ day of October, 2026 at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**

**By: s/Greg P. Pittman**
**Greg P. Pittman**
**Attorney for Debtor**
**Attorney No: 1073787**
**712 Main Street**
**La Crosse, WI 54601**
**(608) 784-0841**

New Castle Title of La Crosse, Inc.
ALTA Universal ID: 1053482
750 N. 3rd Street
Suite B
La Crosse, WI 54601
(608) 783-9265

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| File #: | 26-WI-107025 | Property | 3012-3014 Willow Drive<br>La Crosse, WI 54601 | Settlement Date | 08/18/2026 |
| Print Date & Time: | 08/18/2026 at 12:02 PM CDT | | | Disbursement Date | 08/18/2026 |
| Settlement Agent: | Beth Grossbach | Buyer | Marcus K. Klug and Kaitlin S. Klug<br>N1870 Willow Trail<br>La Crosse, WI 54601 | | |
| Settlement Location: | 750 N. 3rd Street<br>Suite B<br>La Crosse, WI, 54601 | Seller | Tammy A. Hass n/k/a Volden<br>3012 Willow Drive<br>La Crosse, WI 54601 | | |
| | | Lender | State Bank Financial<br>401 Main Street<br>Suite 100<br>La Crosse, WI 54601 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $235,000.00 | Sale Price of Property | $235,000.00 | |
| | | Deposit | | $5,000.00 |
| | | Loan Amount | | $176,250.00 |
| $5,000.00 | | Seller Credit | | $5,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $3,254.85 | | City/Town Taxes 01/01/2026 to 08/18/2026 | | $3,254.85 |
| | | | | |
| | | **Loan Charges** | | |
| | | Origination Fee to State Bank Financial | $650.00 | |
| | | Appraisal Fee - 1004D to Precision Appraisal, LLC | $100.00 | |
| | | Appraisal Fee to Precision Appraisal, LLC | $450.00 | |
| | | Credit Report Fee to Factual Data by CBC | $164.40 | |
| | | Flood Certification Fee to Servicelink National Flood | $11.00 | |
| | | Tax Service Fee to Leretanet Tax Service | $75.00 | |
| | | Prepaid Interest ($31.21100 per day from 08/18/2026 to 09/01/2026) | $436.95 | |
| | | | | |
| | | **Payoff(s)** | | |
| $99,038.74 | | Payoff to River Bank | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $60.00 | |
| | | ---Deed: $30.00 | | |
| | | ---Mortgage: $30.00 | | |
| $35.00 | | Record Certified Copy of Court Order to New Castle Title E-Recording | | |
| $5.00 | | Record Judgment Satisfaction to Clerk of Courts | | |
| $705.00 | | Transfer Tax (Deed) to New Castle Title E-Recording | | |
| | | | | |
| | | Commission | | |
| $9,400.00 | | Listing Agent Commission to NextHome Prime Real Estate | | |
| $5,640.00 | | Selling Agent Commission to EXP Realty, LLC | | |
| | | | | |



EXHIBIT
1

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Lock to New Castle Title of La Crosse, Inc. | $40.00 | |
| | | Title - Courier Fee to New Castle Title of La Crosse, Inc. | $40.00 | |
| | | Title - Document Handling Fee to New Castle Title E-Recording | $10.00 | |
| | | Title - Lender's Title Policy to New Castle Title of La Crosse, Inc. | $500.00 | |
| | | Title - Settlement Fee to New Castle Title of La Crosse, Inc. | $350.00 | |
| $40.00 | | Title - Closing Lock to New Castle Title of La Crosse, Inc. | | |
| $80.00 | | Title - Courier Fees to New Castle Title of La Crosse, Inc. | | |
| $300.00 | | Title - Escrow Withhold Fees (2) to New Castle Title of La Crosse, Inc. | | |
| $3,000.00 | | Title - Escrow Withhold for Plumbing Work to New Castle Title of La Crosse, Inc. | | |
| $2,400.00 | | Title - Escrow Withhold for Post Occupancy to New Castle Title of La Crosse, Inc. | | |
| $175.00 | | Title - Owner's Gap Endorsement to New Castle Title of La Crosse, Inc. | | |
| $1,122.00 | | Title - Owner's Title Policy to New Castle Title of La Crosse, Inc. | | |
| $450.00 | | Title - Seller Closing Fee to New Castle Title of La Crosse, Inc. | | |
| $50.00 | | Title - Special Assessment Search Fee to New Castle Title of La Crosse, Inc. | | |
| $40.00 | | Title - Wire Fee to New Castle Title of La Crosse, Inc. | | |
| | | | | |
| | | **Miscellaneous** | | |
| $7,125.66 | | 2022 Property Taxes due to La Crosse County Treasurer | | |
| $6,616.57 | | 2023 Property Taxes due to La Crosse County Treasurer | | |
| $6,085.12 | | 2024 Property Taxes due to La Crosse County Treasurer | | |
| $6,752.75 | | 2025 Property Taxes due to La Crosse County Treasurer | | |
| $1,500.00 | | Attorney Fees to Pittman & Pittman Law Office | | |
| $862.01 | | Final Water/Sewer to City of La Crosse | | |
| $5,000.00 | | Payoff Judgment (Case 2016SC000022) to Jerome O. Shepard | | |
| | | Service Call - Gate Valve Repair to 608 Plumbing ($150.00 POC by Seller) | | |
| | | Homeowner's Insurance Premium (12 mo.) to Preferred Insurance Agency, Inc | $1,038.00 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| $164,677.70 | $235,000.00 | Subtotals | $238,925.35 | $189,504.85 |
| | | Due from Buyer | | $49,420.50 |
| $70,322.30 | | Due to Seller | | |
| $235,000.00 | $235,000.00 | **Totals** | $238,925.35 | $238,925.35 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize New Castle Title of La Crosse, Inc. to cause the funds to be disbursed in accordance with this statement.

| | | | |
|---|---|---|---|
| Marcus K. Klug | Date 8/18/2026 | Tammy A. Hass n/k/a Tammy A. Volden, debtor in possession under Case No. 1-22-10843-cjf, United States Bankruptcy Court, Western District, State of Wisconsin | Date 8/18/26 |
| Kaitlin S. Klug | Date 8/18/26 | | |

Settlement Agent — Date 8-18-2026

**Greg Pittman**

| | |
|---|---|
| **From:** | Tammy & Shawn Volden |
| **Sent:** | Wednesday, September 30, 2026 12:51 PM |
| **To:** | Greg Pittman |
| **Subject:** | Fwd: Receipt from Melde Plumbing, LLC |

Here is the second invoice for the main line we fixed

---------- Forwarded message ---------
From: **Melde Plumbing, LLC** ‹
Date: Fri, Jun 12, 2026 at 2:10 PM
Subject: Receipt from Melde Plumbing, LLC
To:

# Your receipt from Melde Plumbing, LLC

| | |
|---|---|
| **Job Number:** | 10012477 |
| **Service Date:** | Jun 12, 2026 |
| **Customer Name:** | Shawn Volden |
| **Service Address:** | 3014 Willow Dr La Crosse, WI 54601 |

| **Services** | **qty** | **unit price** | **amount** |
|---|---|---|---|
| Main Sewer | 1.0 | $200.00 | $200.00 |
| Cable main sewer line (3"-6", up to 90'). Run camera to ensure blockage is cleared. | | | |
| Subtotal | | | $200.00 |

EXHIBIT
2

**Amount Paid** **$200.00**

**Payment Method** June 12, 2026

2:10pm

Thank you for doing business with us!

(608) 317-7118 | admin@meldeplumbingllc.com

http://www.meldeplumbingllc.com

PO Box 51
Holmen, WI 54636

Terms & Conditions

608 PLUMBING

608 Plumbing
1308 N Main St
Viroqua, WI 54665
office@608plumbing.com
608-758-6246

**BILL TO**
Tammy Volden
3012 Willow Dr
LaCrosse, WI 54601 USA

| INVOICE | INVOICE DATE |
|---|---|
| 46689036 | 5/12/2026 |

**JOB ADDRESS**
Tammy Volden
3012 Willow Dr
LaCrosse, WI 54601 USA

**Completed Date**
**Customer PO #**
**Payment Term** Due Upon Receipt

DESCRIPTION OF WORK

Packing nut on valve

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 4 | Diagnostic / Evaluation / Service Call Fee | 1.00 | $150.00 | $150.00 |

PAYMENT

| Paid On | Type | Memo | Amount |
|---|---|---|---|
| 5/12/2026 | Visa | Gate valve repair | $150.00 |

| | |
|---|---|
| **SUB-TOTAL** | $150.00 |
| **TAX 0%** | $0.00 |
| **TOTAL DUE** | $150.00 |
| **PAYMENT** | $150.00 |
| **BALANCE DUE** | $0.00 |

CUSTOMER AUTHORIZATION

**Price valid for 30 days after this estimate is submitted, if after the 30 days a new estimate is required.**
**Warranty valid for one year from the date of completion on all labor on parts supplied and installed by 608 Plumbing and will only be honored if payment is received in full.**
**Client shall be responsible for payment of all permits and inspection fees, if necessary, as they are not included in this estimate. Prices are subject to change due to the current market pricing.**
**Terms:**
**Under the circumstances that we discover conditions that we believe to be latent conditions the client will be promptly notified and a work order change will be issued to the client for approval before any further work is completed.**
**We do not require any deposits and/or money up-front on estimates of less than $3000. If the estimate is signed, then cancelled afterwards, there will be a 35% restocking fee.**
**Payment is due upon completion (C.O.D/Net 0)**

**Progress billing (50% down, 30% after rough-in, 20% upon completion) may occur based on the size and scope of work and shall be due upon completion of each of the said portions (Typically jobs in duration of 3 days or more, in excess of $1000, or where multiple inspections must occur)**

**Customer agrees to pay all costs associated with enforcing this agreement candor all costs of collection, including court costs, expenses and reasonable attorney's fees.**

**3.5% convenience fee shall be added after 30 days and again at each 30 days thereafter.This contract supersedes all other contracts.**

**Contract code: 4/24**

**By signing this document, the customer agrees to the services and conditions outlined in this document.**

Sign here Shawn Volden Date 5/12/2026

CUSTOMER ACKNOWLEDGEMENT

**As required by the Wisconsin Construction Lien Law, claimant hereby notifies owner that persons or companies performing, furnishing, or procuring labor, services, materials, plans, or specifications for the construction on owner's land may have lien rights on owner's land and buildings if not paid. Those entitled to lien rights, in addition to the undersigned claimant, are those who contract directly with the owner or those who give the owner notice within 60 days after they first perform, furnish, or procure labor, services, materials, plans or specifications for the construction. Accordingly, owner probably will receive notices from those who perform, furnish, or procure labor, services, materials, plans, or specifications for the construction, and should give a copy of each notice received to the mortgage lender, if any. Claimant agrees to cooperate with owner and the owner's lender, if any, to see that all potential lien claimants are duly paid.**

Sign here Date 5/12/2026

I authorize 608 Plumbing to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here Date 5/12/2026

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF WISCONSIN**

---

**In Re:** **In Bankruptcy No:**

**TAMMY HASS**

**Debtor.** **Case No: 22-10843**

---

# NOTICE OF MOTION TO APPROVE DISBURSMENT OF FUNDS HELD IN ESCROW BY NEW CASTLE TITLE

---

**PLEASE TAKE NOTICE**, that the Debtor, Tammy Hass, by her attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, has filed a Motion to Disburse Funds held in escrow with New Castle Title. A copy of said Motion is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before ***October 26, 2026,*** you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the ***United States Bankruptcy Court, 120 North Henry Street, Room 340, Madison, Wisconsin 53703-2559,*** and a copy to ***Attorney Greg P. Pittman, PITTMAN & PITTMAN LAW OFFICES, LLC, 712 Main Street, La Crosse, Wisconsin 54601.*** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

**Dated this ___12th___ day of October, 2026, at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**

**By: s/Greg P. Pittman**
**Greg P. Pittman**
**Attorney No: 1073787**
**Attorney for Debtor**
**712 Main Street**
**La Crosse, WI 54601**
**(608) 784-0841**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **TAMMY HASS** | |
| **Debtor.** | **Case No: 22-10843** |

## AFFIDAVIT OF SERVICE BY MAIL

**STATE OF WISCONSIN** )
) **SS**
**COUNTY OF LA CROSSE** )

The undersigned being first duly sworn states that a true copy of ***Motion to Disburse Funds Held in Escrow by New Castle Title and Notice of Motion*** was served upon the individuals on attached list either by electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on October __12__ 2026.

Gundersen Health System
Attn: Officer
1900 South Ave.
La Crosse, WI 54601

Lebakkens
Attn: Officer
2536 Rose St.
La Crosse, WI 54603

Hillside Animal Hospital
Attn: Officer
W5706 State Hwy 33
La Crosse, WI 54601

Law Office of Ann Brandau, SC
Attn: Officer
PO Box 153
Onalaska, WI 54650

Midland Credit Management
Attn: Officer
350 Camino De La Reina, Ste 100
San Diego, CA 92108-3007

1st Community Credit Union
Attn: Officer
1000 W Wisconsin St
Sparta, WI 54656

Cindy Solis n/k/a Leuck
710 Wagon Drive
West Salem, WI 54669

Great River Orthodontics
Attn: Officer
1200 Main St.
La Crosse, WI 54601

Southwest Sanitation
Attn: Officer
226 N. 6th St.
La Crosse, WI 54601

Paul Solis
N3819 County Road J
Rockland, WI 54653

**s/Wanda Nickelotti**
**Wanda Nickelotti**

**Subscribed and sworn to before me**
**this ___12th___day of October, 2026.**

**s/Greg P. Pittman**
**Greg P. Pittman, Notary Public**
**My Commission is Permanent.**

Label Matrix for local noticing
0758-1
Case 1-22-10843-cjf
Western District of Wisconsin www.wiwb.uscour
Eau Claire
Thu May 7 12:06:07 CDT 2026

David L. Abt
Abt Law Office
210 North Main Street
Westby, WI 54667-1108

Achilles Finance LLC dba Advance Financi
100 Oceanside Dr
Nashville, TN 37204-2351

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205-9370

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville, TX 75403-3001

Alliant Capital Management - HDH
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Ann Brandau Law Office LLC
PO Box 153
Onalaska WI 54650-0153

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Credit Bureau Data Inc
518 State Street
La Crosse, WI 54601-3326

Credit Management LP
6080 Tennyson Parkway
Suite 100
Plano, TX 75024-6002

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Foster and Monroe LLC
3770 Transit Rd
Orchard Park, NY 14127-2053

Great River Orthodontics
1200 Main St.
La Crosse, WI 54601-4476

Gundersen Health System
1900 South Ave.
La Crosse, WI 54601-5496

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

Tammy A Hass
3012 Willow Drive
La Crosse, WI 54601-7710

Hillside Animal Hospital
W5706 State Hwy 33 Trunk
La Crosse, WI 54601

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jerome Shepard
N3661 Lincoln Ct.
Stoddard, WI 54658-9041

Kwik Trip
1626 Oak St.
La Crosse, WI 54603-2308

LVNV Funding LLC
c/o Messerli & Kramer
3033 Campus Dr. Ste 250
Minneapolis, MN 55441-2685

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

(p)LA CROSSE COUNTY TREASURER
212 6TH STREET N ROOM 1900
LA CROSSE WI 54601-3200

Lebakkens
2536 Rose Street
La Crosse, WI 54603-1614

Messerli & Kramer, PA
3033 Campus Dr, Ste 250
Minneapolis, MN 55441-2685

Midland Credit Management
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

Midwest Dental
20 Copeland Ave #201
La Crosse, WI 54603-3421

Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Neighborhood Smiles
3143 State Rd
La Crosse, WI 54601-6964

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pink Dogwood 13, LLC
PO BOX 1931
Burlingame, CA 94011-1931

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219-2553

Galen W. Pittman
Pittman & Pittman Law Offices, LLC
712 Main Street
La Crosse, WI 54601-4121

Greg P. Pittman
Pittman & Pittman Law Offices, LLC
712 Main Street
La Crosse, WI 54601-4121

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Insurance
5920 Landerbrook Drive
Cleveland, OH 44124-6506

Resurgent Capital Services
Po Box 10497
Greenville, SC 29603-0497

River Bank
4401 Mormon Coulee Road
La Crosse, WI 54601-8220

River Bank
145 Main
Stoddard, WI 54658-4209

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Security Finance
Attn: Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Jerome Shepard
N3661 Lincoln Court
Stoddard, WI 54658-9041

Southwest Sanitation
226 N 6th
La Crosse, WI 54601

Speedy Cash
PO Box 780408
Wichita, KS 67278-0408

Speedy/Rapid Cash
PO Box 780408
Wichita, KS 67278-0408

Telecom Self-reported
Po Box 4500
Allen, TX 75013-1311

Tri-State Adjustments
Attn: Bankruptcy
3439 East Avenue South
La Crosse, WI 54601-7241

Tri-State Ambulance
235 Causeway Blvd
La Crosse, WI 54603-3119

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-1292

(p)TEMPOE LLC DBA WHY NOT LEASE IT
ATTN BOB HOLWADEL
720 EAST PETE ROSE WAY SUITE 400
CINCINNATI OH 45202-3576

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

La Crosse County Treasurer
212 6th St. North
La Crosse WI 54601

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Why Not Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 59 |
| Bypassed recipients | 0 |
| Total | 59 |